# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 21-cr-00036-02 |
| VERSUS | JUDGE DONALD E. WALTER |
| PATRICK N MADUBUKO (02) | MAGISTRATE JUDGE HORNSBY |

## O R D E R

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

**IT IS ORDERED** that Defendant's guilty plea is accepted, and the Court hereby adjudges Defendant guilty of the offense charged in Count Four of the Indictment.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 18th day of June, 2025.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE